SAMUEL PECK, RESPONDENT, v. AMELIA SCHENCK, EXECUTRIX, ETC., OF JOHN P. SCHENCK, DECEASED, APPELLANT.

*Statute of limitations.*

On the 21st of December, 1850, defendant's testator delivered to his son, Linnæus, a bond for $1,400, executed by himself, payable after his death, without interest. On the 1st of December, 1856, Linnæus gave his note, payable one day after date, to the plaintiff for $300, and, to secure the payment of the same, assigned to him the said bond. Linnæus died on the 20th of May, 1863, and his father on the 7th of September, 1872. In an action upon the bond, the defendant interposed the statute of limitations. *Held*, that the claim was not barred thereby. The plaintiff, as against the defendant's estate, owned the whole bond, and must collect the whole and account to the estate of Linnæus for the balance over the debt and interest.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

*H. H. Hustis*, for the appellant.

*James L. Williams*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed, with costs.